UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:  JEFFREY A. & CONNIE UTEGG        BK: 08-15329

    UNCLAIMED FUNDS

   The funds belonging to the estate of the debtor named above,
having been disbursed in accordance with applicable orders
entered in the said case excepting the individual listed herein:
JEFFREY A. & CONNIE UTEGG,
Mailed to:   820 WASHINGTON AVE, DUNKIRK, NY 14068
and it
further  APPEARING that more than ninety (90) days have elapsed
since distribution


     Albert J. Mogavero, the trustee herein, hereby remits to the
Clerk of the  U. S. Bankruptcy Court for the Western District of
New York, the sum of $ 71.00  IN   CHECK # 15548
Representing unclaimed funds belonging to the above-named
debtor.

DATED: 6-06-2011

_____
    ALBERT  J. MOGAVERO
    TRUSTEE



F I L E D
JUN 1 0 2011
BANKRUPTCY COURT
BUFFALO, N.Y.